Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RECKLESS ENTERPRISES, INC. d.b.a. RECKLESS NOODLE HOUSE,<br><br>                    Plaintiff,<br><br>   v.<br><br>FIRST MERCURY INSURANCE COMPANY, an insurance company,<br><br>                    Defendant. | No. 2:22-cv-00471-BJR<br><br>STIPULATED MOTION AND ORDER TO STRIKE INITIAL SCHEDULING DATES |

**STIPULATION**

Pending before the Court are two motions: Plaintiff's Motion to Stay (Dkt. # 15), filed April 28, 2022, and Defendant's Motion for Summary Judgment (Dkt. # 19), filed on May 19, 2022. Plaintiff Reckless Enterprises, Inc. d.b.a Reckless Noodle House and Defendant First Mercury Insurance Company respectfully request that the Court strike deadlines in the Order setting initial scheduling dates (Dkt. # 16) pending resolution of the two motions.

On May 16, 2022, the Court entered an Order (Dkt. # 16) setting initial scheduling dates, setting out deadlines for the FRCP 26(f) Conference (June 13, 2022), Initial Disclosures (June 21, 2022), and Joint Status Report and Discovery Plan (June 27, 2022). On June 3, 2022, by email Plaintiff's counsel on behalf of both parties requested that the Court strike deadlines in the

STIPULATED MOTION TO STRIKE INITIAL SCHEDULING DATES (2:22-cv-00471-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

initial scheduling dates, and the Court requested the filing of a joint stipulation. This stipulation follows.

The parties jointly stipulate and request:

1. The Court strike the initial scheduling dates (Dkt. # 16); and

2. The Court reset the initial scheduling dates pending resolution of the two pending motions.

**IT IS SO STIPULATED.**

DATED this 9th day of June, 2022.

| KELLER ROHRBACK L.L.P. | LETHER LAW GROUP |
|---|---|
| By: *s/ Gabriel E. Verdugo* <br> By: *s/ Nathan L. Nanfelt* <br>     Gabriel E. Verdugo, WSBA #44154 <br>     Nathan L. Nanfelt, WSBA #45273 <br>     1201 Third Avenue, Suite 3200 <br>     Seattle, WA 98101 <br>     Phone: (206) 623-1900 <br>     Fax: (206) 623-3384 <br>     Email: gverdugo@kellerrohrback.com <br>     Email: nnanfelt@kellerrohrback.com | By: *s/ Eric J. Neal* <br> By: *s/ Kasie Kashimoto* <br>     Eric J. Neal, WSBA #331863 <br>     Kasie Kashimoto, WSBA #54268 <br>     1848 Westlake Avenue, N., Suite 100 <br>     Seattle, WA 98109 <br>     Phone: (206) 467-5444 <br>     Fax: (206) 467-5544 <br>     Email: eneal@letherlaw.com <br>     Email: kkashimoto@letherlaw.com |
| KORNFELD TRUDELL BOWEN & LINGENBRINK, PLLC | *Attorneys for Defendant* |
| By: *s/ Neil T. Lindquist* <br>     Neil T. Lindquist, WSBA #52111 <br>     4055 Lake Washington Blvd. NE, Ste #240 <br>     Kirkland, WA 98033 <br>     Phone: (425) 893-8989 <br>     Fax: (425) 893-8712 <br>     Email: neil@kornfeldlaw.com | |

*Attorneys for Plaintiff*

STIPULATED MOTION TO STRIKE INITIAL SCHEDULING DATES (2:22-cv-00471-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

Having reviewed the foregoing Stipulation of the parties, and finding that good cause exists for the requested relief, the Court HEREBY GRANTS the relief requested.

Deadlines of the Order setting initial scheduling dates (Dkt. # 16) are HEREBY STRICKEN.

Following resolution of Plaintiff's Motion to Stay (Dkt. # 15) and Defendant's Motion for Summary Judgment (Dkt. # 19), the Court will re-issue an Order setting initial scheduling dates.

IT IS SO ORDERED.

DATED this 10th day of June, 2022.

*[signature]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STRIKE INITIAL SCHEDULING DATES (2:22-cv-00471-BJR) - 3

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384